EXHIBIT "B"

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      ORLANDO DIVISION
 3              CASE NO. 6:17-cv-2018-ORL-TBS
 4
 5    ROBERT JONES,
 6          Plaintiff,
 7    -vs-
 8    LOWE'S HOME CENTERS, LLC, a
      Foreign Limited Liability Company;
 9    MTD SOUTHWEST, INC., a Foreign
      Corporation; TROY-BILT, LLC, a Foreign
10    Limited Liability Corporation,
11          Defendants.
                                              /
12
13
          * * * * * * * * * * * * * * * * * * * * * * *
14
15
      DEPOSITION OF:         MARRYANNE LOSASSO
16
      DATE TAKEN:            May 23, 2018
17
      TIME:                  9:38 a.m. - 10:07 a.m.
18
      PLACE:                 Veritext Legal Services
19                           37 North Orange Avenue
                             Orlando, Florida 32801
20
      REPORTED BY:           Karen A. Sitton
21                           Court Reporter and
                             Notary Public
22
23        * * * * * * * * * * * * * * * * * * * * * * *
24
25
```

```
                                                          Page 2
 1   APPEARANCES:
 2       Appearing on Behalf of the Plaintiff:
 3       HARRIS L. YEGELWEL, ESQUIRE
         Morgan & Morgan, P.A.
 4       20 North Orange Avenue
         Suite 1600
 5       Orlando, Florida 32801
         (407) 420-1414
 6       Hyegelwel@forthepeople.com
 7
 8
 9       Appearing on Behalf of the Defendants:
10       MATTHEW HENNING, ESQUIRE
         Clyde & Co.
11       1221 Brickell Avenue
         Suite 1600
12       Miami, Florida 33131
         (305) 446-2646
13       Matthew.henning@clydecous.com
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1                    I N D E X

2      TESTIMONY OF MARRYANNE LOSASSO

         Direct Examination by Mr. Henning         4
3        Cross-Examination by Mr. Yegelwel

       CERTIFICATE OF OATH                         27
4      CERTIFICATE OF REPORTER                     28

       ERRATA SHEET                                29

5

6

7                    E X H I B I T S

8                      NONE MARKED

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                          Page 4
 1   Whereupon,
 2                   MARRYANNE LOSASSO,
 3   having been first duly sworn, was examined and testified
 4   as follows:
 5             THE WITNESS:  Yes.
 6                   DIRECT EXAMINATION
 7   BY MR. HENNING:
 8        Q    Good morning.  We've been talking off the
 9   record while we were sitting here.  My name is
10   Matt Henning.  I represent the defendants in a lawsuit
11   by Robert Jones which was filed against the manufactures
12   of a Troy-Bilt leaf blower.
13        A    Uh-huh.
14        Q    And we've asked you to come here for a
15   deposition today.  Basically, this gives the attorneys
16   for both sides an opportunity to find out what you know
17   about the accident, what you know about the leaf blower,
18   and what you know about Mr. Jones' injuries.
19             This won't take very long, but if you need a
20   break at any time, just let me know.
21        A    Okay.
22        Q    Basically, the process is, I will ask you
23   questions first.  If you understand the question, please
24   just give me a verbal response.  The court reporter is
25   taking down everything that is spoken out loud, and it's
```

```
                                                        Page 5

 1     going to be typed up into a transcript.  So yeses and
 2     noes are preferable to uh-huh, uh-uh, and --
 3          A     Yes.
 4          Q     -- things like that.
 5                If you answer my question, I'll assume you
 6     understood it.  If for some reason I ask you a question
 7     that you don't understand, tell me, and I'll rephrase it
 8     until we're clear.  Okay?
 9          A     Yes.
10          Q     That's pretty much it.  Do you have any
11     questions before we start about how this works?
12          A     No.
13          Q     Please go ahead and state your name for the
14     record.
15          A     MarryAnne LoSasso.
16          Q     Where do you currently work?
17          A     Maitland Presbyterian Church.
18          Q     What's your job title there?
19          A     Church administrator.
20          Q     How long have you worked at the church?
21          A     I've worked at the church since 1992.
22          Q     Do you know Robert Jones?
23          A     Yes.
24          Q     And is he one of your employees?
25          A     Yes.
```

```
                                                        Page 12

 1        A    I don't really know.  At that time, I
 2   couldn't say.
 3        Q    Had you ever seen Mr. Jones use the leaf
 4   blower that was in the accident prior to when it
 5   happened?
 6        A    No.  It wasn't really his responsibility to
 7   do that.
 8        Q    Okay.  Whose responsibility was it to use the
 9   leaf blower?
10        A    It was the other sexton.
11        Q    What is the --
12        A    Maynard.
13        Q    Try to let me finish my question.
14             What is the other sexton's name?
15        A    Maynard Brewster.
16        Q    How long has he been with the church, if you
17   know?
18        A    He's no longer with the church.  He had been
19   there 20 years, maybe.
20        Q    Why is he no longer with the church?
21        A    He -- well, we eliminated his job.
22        Q    So you went from having two sextons to one?
23        A    Yes.
24        Q    Okay.  Did that have anything to do with
25   Maynard's job performance?
```

```
 1      Q      Did the church provide either Maynard or
 2   Mr. Jones with eye protection to use while using the
 3   leaf blower in question?
 4      A      Yes, eye protection is available.
 5      Q      Where was that kept?
 6      A      Maintenance office.
 7      Q      What type of eye protection was the office?
 8      A      Plastic eyewear.
 9      Q      Safety glasses?
10      A      Yeah, safety glass.
11      Q      Did they have a strap in back or were they --
12   did they have arms over the ears?
13      A      The type with the strap -- the elastic.
14      Q      Do you still have the goggles at the church?
15      A      I don't believe so.  We went out and bought
16   them different glasses.
17      Q      Did you get different glasses after
18   Mr. Jones' accident?
19      A      Yes.
20      Q      Do you know if Mr. Jones was using the safety
21   glasses that were available to him on the day of the
22   accident?
23      A      I don't know.
24      Q      Did you ever see Mr. Brewster using the
25   safety glasses while using the leaf blower in question?
```

1           CERTIFICATE OF OATH

3   STATE OF FLORIDA  )
4   COUNTY OF ORANGE  )

6           I, Karen A. Sitton, Court Reporter, Notary
7   Public, State of Florida, certify that the
8   aforementioned witness personally appeared before me and
9   was duly sworn on this date:  May 23, 2018

11          WITNESS my hand and official seal:
12  June 13, 2018.

*Karen A. Sitton* (signature)

Karen A. Sitton
Court Reporter
Notary Public - State of FL
Commission No. EE 165662
Expires:  02-01-2020

Page 28

```
 1                CERTIFICATE OF REPORTER
 2
     STATE OF FLORIDA   )
 3
     COUNTY OF VOLUSIA  )
 4
 5          I, Karen A. Sitton, Court Reporter, certify
 6   that I was authorized to and did stenographically report
 7   the foregoing proceedings; that a review of the
 8   transcript was requested, and that the transcript is a
 9   true and complete record of my stenographic notes.
10          I further certify that I am not a relative,
11   employee, attorney, or counsel of any of the parties,
12   nor am I a relative or employee of any of the parties'
13   attorney or counsel connected with the action, nor am I
14   financially interested in the action.
15          DATED June 13, 2018, in Volusia County,
16   Florida.
17
18
19                              [signature: Karen A. Sitton]
20                              _____
                                Karen A. Sitton
21                              Court Reporter
22
23
24
25
```